**Order filed June 4, 2015**



In The

# Fourteenth Court of Appeals

———————

NO. 14-15-00319-CV

———————

**GENEVA COLBERT, Appellant**

**V.**

**ORCHARD PARK AT WILLBROOK, Appellee**

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1058305**

## ORDER

According to information provided to this court, a hearing was held on May 12, 2015 on the County Clerk's contest to appellant's affidavit of indigence. This court has not received notice of the trial court's ruling on the contest.

The clerk's record has not been filed in this appeal. The County Clerk has informed this court that appellant did not pay for preparation of the clerk's record.

To determine whether appellant should be entitled to proceed on appeal without advance payment of costs, we issue the following order for a partial clerk's record.

We order the Harris County Clerk to file a partial clerk's record with the clerk of this court on or before **June 23, 2015.** The **partial clerk's record** shall contain **(1)** the judgment being appealed; **(2)** any post-judgment motion that would operate to extend time to file the notice of appeal; and **(3)** the notice of appeal. In addition, the **partial clerk's record** shall contain: **(4)** appellant's affidavit of indigence; **(5)** the contest to the affidavit of indigence, if any; **(6)** the trial court's order ruling on any contest; and **(7)** any other documents pertaining to the claim of indigence and the contests thereto.

PER CURIAM